# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 549 MAL 2019

Respondent   :
  :
  :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

v.   :

RUSSELL WEATHERS,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.